UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NORDSTROM, INC., a Washington corporation; and NIHC, INC., a Colorado corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>NOMORERACK RETAIL GROUP, INC., a Canadian corporation; and NOMORERACK.COM, INC., a Delaware corporation,<br><br>  Defendants. | Case No. 2:12-cv-01853-RSM<br><br>**AGREEMENT REGARDING DISCOVERY OF ELECTRONICALLY STORED INFORMATION AND ORDER** |

The following protocol regarding discovery and production of electronically stored information (ESI) is hereby stipulated and agreed by and between the undersigned counsel for the parties to this action.

**I.     STANDARDS FOR PRESERVATION OF ESI.**

The following provisions shall apply to the parties' preservation of discoverable ESI:

A.     Absent a showing of good cause by the requesting party, the parties shall not be required to modify, on a going-forward basis, the procedures used by them in the ordinary course of business to back up and archive data; provided, however, that the parties shall preserve all discoverable ESI in their possession, custody or control.

ESI AGREEMENT AND ORDER-1

B. The following categories of data shall be considered "inaccessible" and, absent a showing of good cause by the requesting party, need not be preserved:

    1. Deleted, slack, fragmented, or other data only accessible by forensics.

    2. Random access memory (RAM), temporary files, or other ephemeral data that are difficult to preserve without disabling the operating system.

    3. On-line access data such as temporary internet files, history, cache, cookies, and the like.

        a) Data in metadata fields that are frequently updated automatically, such as last-opened dates.

        b) Back-up data that are substantially duplicative of data that are more accessible elsewhere.

        c) Server, system or network logs.

        d) Data remaining from systems no longer in use that is unintelligible on the systems in use.

        e) Electronic data (e.g. email, calendars, contact data, notes, and text messages) sent to or from mobile devices (e.g., iPhone, iPad, Android, and Blackberry devices), except to the extent that such electronic data is routinely saved elsewhere (such as on a server, laptop, desktop computer, or "cloud" storage).

**II. STANDARDS FOR PRODUCTION OF ESI:**

A. Each document image file shall be named with a unique Bates Number.

B. ESI shall be produced in the following format: (i) Single page tiff or jpeg images; (ii) Extracted searchable text at a document level; (iii) .DAT load file including, at minimum, all applicable metadata fields listed in Attachment C; and (iv) Opticon or IPRO image load file, as designated by the party receiving the production of ESI.

C. Hard copy documents shall be produced electronically in the following format: (i) Single page tiff images; (ii) OCR searchable text on document level; (iii) .DAT load file

ESI AGREEMENT AND ORDER-2

BAKER WILLIAMS MATTHIESEN LLP
1177 West Loop South, Ste. 1600
Houston, Texas 77027
(713) 888-3535

including, at minimum, all applicable metadata fields listed in Attachment C; and (iv) Opticon or IPRO image load file, as designated by the party receiving the production of ESI. If a document is more than one page, the unitization of the document and any attachments and/or affixed notes shall be maintained as they existed in the original document.

D. Spreadsheets (such as Excel and .csv files) and multimedia files (such as video mp3s, sound .wmv, or other similar files) shall be produced in native format. Absent a demonstration by the requesting party of specific need and good cause, or by agreement of the parties, no additional file types need be produced in native format. All documents produced in native format shall be accompanied by the following: (i) .DAT load file including, at minimum, all applicable metadata fields listed in Attachment C; (ii) Document-level extracted searchable text and; (iii) Opticon or IPRO image load file, as designated by the party receiving the production of ESI.

E. ALLCUSTODIANS metadata field: Upon request, the parties agree to provide, on a document-by-document basis, the name of the individual whose custodial file contained a particular document and any others who possessed copies of the document that were removed via deduplication.

F. Metadata fields, other than those set forth in Attachment C and the ALLCUSTODIANS field described in section II.E. above, need not be produced absent a demonstration by the requesting party of specific need and good cause, or by agreement of the parties. The parties shall meet and confer as necessary to discuss metadata not produced in connection with such documents.

G. Plaintiff's e-discovery vendor's preferences for formatting are listed in Attachment A to this Stipulation. Defendant's preferences for formatting are listed in Attachment B to this Stipulation.

ESI AGREEMENT AND ORDER-3

**III.    OTHER ESI DISCOVERY PROTOCOLS:**

A.    On-site inspection of electronic media shall not be permitted absent a demonstration by the requesting party of specific need and good cause or by agreement of the parties.

B.    Upon demonstration by the requesting party of a good-faith belief that the producing party's response to a specific discovery request was insufficient, or by agreement of the parties, the parties shall meet and confer in good faith concerning what search terms and/or other methodology the producing party used to locate ESI likely to contain responsive information, and on whether and what additional terms or queries should be used in connection with further electronic searches to locate ESI responsive to the specific discovery request.

C.    The parties shall meet and confer to discuss production of any responsive files that are not covered by this protocol, including any proprietary file types requiring specialized software for review, documents containing non-latin languages, database file types, such as Microsoft Access, or metadata not available at the time of production.  The parties have discussed and understand that Nordstrom plans to produce archived documents stored by an outside vendor, for which metadata has not been retained.  The parties agree to provide the bates ranges of all such documents within three business days of production of the documents.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  September 5, 2013              BAKER WILLIAMS MATTHIESEN LLP

                                                        By:   */s/ John C. Rawls*
                                                                John C. Rawls, WSBA No. 44522
                                                                1177 West Loop South, Suite 1600
                                                                Houston, Texas 77027
                                                                T: 713-888-3535
                                                                F: 713-888-3550
                                                                rocky@bwmtx.com

                                                                Valyncia Simmons, WSBA No. 44017
                                                                1725 I Street NW, Suite 300
                                                                Washington, DC 20006
                                                                T:  202-349-1136
                                                                F:  202-349-3915
                                                                valyncia@bwmtx.com

ESI AGREEMENT AND ORDER-4

**BAKER WILLIAMS MATTHIESEN LLP**
1177 West Loop South, Ste. 1600
Houston, Texas  77027
(713) 888-3535

|  |  |
|---|---|
|  | ATTORNEYS FOR PLAINTIFFS NORDSTROM, INC. AND NIHC, INC. |
| Dated:  September 10 , 2013 | ODIN, FELDMAN & PITTLEMAN, P.C. |
| By: | /s/ *Jonathan D. Frieden* |
|  | Jonathan D. Frieden, Esq. (VSB No. 41452) Stephen A. Cobb, Esq. (VSB No. 75876) 1775 Wiehle Avenue, Suite 400 Reston, Virginia 20190 (703) 218-2100 (703) 218-2160 (facsimile) jonathan.frieden@ofplaw.com stephen.cobb@ofplaw.com |
| Dated:  September 10, 2013 | TOUSLEY BRAIN STEPHENS PLLC |
| By: | /s/ *Chase Alvord* |
|  | Chase Alvord, Esq. (WSBA No. 26080) Shannon M. Whitemore, Esq. (WSBA No. 31530) 1700 Seventh Avenue, Suite 2200 Seattle, Washington 98101 (206) 682-5600 (206) 682-2992 (facsimile) calvord@tousley.com swhitemore@tousley.com |
|  | ATTORNEYS FOR DEFENDANTS NOMORERACK RETAIL GROUP, INC. AND NOMORERACK.COM, INC. |

**ORDER**

Based on the foregoing, IT IS SO ORDERED this 13th day of September 2013.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

.

ESI AGREEMENT AND ORDER-5

ATTACHMENT A

1) BLACK & WHITE IMAGE FORMAT

All black & white images are to be provided as single-page, Group IV, "TIFF" images. A resolution of 300 DPI is recommended.

2) COLOR IMAGE FORMAT

If providing color images, JPG images with a resolution of 150 to 300 DPI are required. <u>Color TIFF images are not an accepted format.</u>

3) IMAGE LOAD FILE FORMAT

All deliverables must include an image load file in UTF-8 that is in a .LOG or .OPT format.

4) METADATA FILE FORMAT

All deliverables should include a metadata load file (.DAT file) in UTF-8 with no byte order markers.  The metadata load file should contain all applicable metadata fields to be uploaded.  Field Name headers need to be included and the delimiters should be standard Concordance delimiters or the following:

|   | Column Delimiter: | ^ | (94) |
|---|---|---|---|
|   | Field Delimiter: | \| | (124) |
|   | New  Line Delimiter: | ® | (174) |
|   | Multi-Entry Delimiter | ; | (59) |

5) DOCUMENT TEXT FORMAT

Document text must be provided in one of the following ways:

a. As separate document-level TXT files with metadata field in the .DAT file listing the relative path to the directory/directories containing the text files **(preferred deliverable format);**

b. As separate document-level TXT files that reside in the same directory as their corresponding images; or

ATTACHMENT A, ESI AGREEMENT-1

**BAKER WILLIAMS MATTHIESEN LLP**
1177 West Loop South, Ste. 1600
Houston, Texas  77027
(713) 888-3535

    c. The extracted full text and/or OCR text is included in the .DAT (**least preferred format – has the most potential to create loading errors).**

6) NATIVE FILE FORMAT

If providing files in native format, there must be a metadata field in the .DAT file listing the relative path to the directory/directories containing the native files.

ATTACHMENT A, ESI AGREEMENT-2

**BAKER WILLIAMS MATTHIESEN LLP**
1177 West Loop South, Ste. 1600
Houston, Texas  77027
(713) 888-3535

ATTACHMENT B

1) BLACK & WHITE IMAGE FORMAT

All black & white images are to be provided as single-page, Group IV, "TIFF" images. A resolution of 300 DPI is recommended.

2) COLOR IMAGE FORMAT

If providing color images, JPG images with a resolution of 150 to 300 DPI are required. <u>Color TIFF images are not an accepted format.</u>

3) IMAGE LOAD FILE FORMAT

All deliverables must include an image load file in ANSI that is in a .LFP format.

4) METADATA FILE FORMAT

All deliverables should include a metadata load file (.DAT file) in ANSI with no byte order markers. The metadata load file should contain all applicable metadata fields to be uploaded. Field Name headers need to be included and the delimiters should be standard Concordance delimiters which are the following:

| | | |
|---|---|---|
| Comma Delimiter: | ¶ | (020) |
| Quote Delimiter | þ | (254) |
| New Line Delimiter: | ® | (174) |

5) DOCUMENT TEXT FORMAT

Document text must be provided in the following way:

As separate document-level TXT files with metadata field in the .DAT file listing the relative path to the directory/directories containing the text files.

6) NATIVE FILE FORMAT

If providing files in native format, there must be a metadata field in the .DAT file listing the relative path to the directory/directories containing the native files.

ATTACHMENT C

| FIELD | DESCRIPTION |
|---|---|
| BEGBATES | Beginning Bates number assigned to each document. |
| ENDBATES | Ending Bates number assigned to each document. |
| BEGATTACH | Beginning Bates number assigned to the group of documents to which the parent document and any attachment documents are associated. |
| ENDATTACH | Ending Bates number assigned to the group of documents to which the parent document and any attachment documents are associated. |
| DATEMODIFIED | The Date Modified of the document formatted as follows: MM/DD/ YYYY with leading zeros as appropriate (e.g., 06/07/2009). |
| DOCTYPE | Document type as identified by metadata associated with the native document indicating the application that created the native document (e.g., Microsoft Word, Microsoft Excel, Adobe Acrobat, Outlook Email, etc.). This field should be populated with "Hard Copy" for any documents originally maintained in paper form. |
| FILENAME | The filename of a native document |
| SUBJECT | Email subject line or Efile "Title" metadata |
| AUTHOR | The document author or originator of the email message. |
| RECIPIENT | The recipient of any document or email as reflected in the metadata associated with the document (email "to" field). |
| CC | Names of copied recipients of any document or email as reflected in the metadata associated with the document. |
| BCC | Names of recipients who received blind copies of any document or email as reflected in the metadata associated with the document. |
| DEDUPLICATED | Yes/no field indicating whether copies of a document that were removed via deduplication |
| CONFIDENTIALITY | The confidentiality designation of the document, if any (i.e., "HIGHLY CONFIDENTIAL—ATTORNEY'S EYES ONLY" or "CONFIDENTIAL."). |
| MD5 | Programmatic hash value of the native document from which a given TIFF image or group of TIFF images is derived. |

CERTIFICATE OF SERVICE
ESI AGREEMENT AND [PROPOSED] ORDER

BAKER WILLIAMS MATTHIESEN LLP
1177 West Loop South, Ste. 1600
Houston, Texas  77027
(713) 888-3535

| FIELD | DESCRIPTION |
|---|---|
| DATESENT | The Date Sent of an email message formatted as follows: MM/DD/ YYYY with leading zeros as appropriate (e.g., 06/07/2009). |
| DATERECEIVED | The Date Received of an email message formatted as follows: MM/DD/ YYYY with leading zeros as appropriate (e.g., 06/07/2009). |
| TIMESENT | The Time Sent of an email message formatted as follows: HH:MM AM or HH:MM PM (as appropriate) with leading zeros as appropriate (e.g., 01:15 AM). |
| TIMERECEIVED | The Time Received of an email message formatted as follows: HH:MM AM or HH:MM PM (as appropriate) with leading zeros as appropriate (e.g., 01:15 AM). |
| TEXTPATH | The relative path to individual document text files on the production media. |
| NATIVELINK | The relative path to individual native files on the production media. |

CERTIFICATE OF SERVICE
ESI AGREEMENT AND [PROPOSED] ORDER

BAKER WILLIAMS MATTHIESEN LLP
1177 West Loop South, Ste. 1600
Houston, Texas  77027
(713) 888-3535