1
2
3
4
5

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORDSTROM, INC., a Washington corporation; and NIHC, INC., a Colorado corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NOMORERACK RETAIL GROUP, INC., a Canadian corporation; and NOMORERACK.COM, INC., a Delaware corporation,<br><br>Defendants. | No. C12-1853 RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties to this action, through their counsel of record, having fully and finally settled this matter, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), each party to bear its own costs and fees

///

///

///

///

Dated: February 12, 2014                                    BAKER WILLIAMS MATTHIESEN LLP

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE
(NO. C12-1853 RSM) - 1
5517/001/279029.1

**TOUSLEY BRAIN STEPHENS PLLC**
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | | |
|---|---|---|
| 1 | | */s/John C. Rawls* |
| 2 | | John C. Rawls (WSBA No. 44522) |
| | | 1177 West Loop South, Suite 1600 |
| 3 | | Houston, Texas 77027 |
| | | Tel.: 713-888-3535 |
| 4 | | Fax: 713-888-3550 |
| 5 | | Email: rocky@bwmtx.com |
| 6 | | Valyncia Simmons (WSBA No. 44017) |
| | | 1725 I Street NW, Suite 300 |
| 7 | | Washington, DC 20006 |
| | | Tel: 202-349-1136 |
| 8 | | Fax: 202-349-3915 |
| 9 | | Email: valyncia@bwmtx.com |
| 10 | | *Attorneys for Plaintiffs* |
| 11 | | |
| 12 | Dated: February 12, 2014 | ODIN FELDMAN PITTLEMAN PC |
| 13 | | */s/Jonathan D. Frieden* |
| | | Jonathan D. Frieden (*pro hac vice*) |
| 14 | | Email:  Jonathan.frieden@ofplaw.com |
| | | Stephen Cobb (*pro hac vice*) |
| 15 | | Email:  Stephen.cobb@ofplaw.com |
| | | 1775 Wiehle Ave., Ste. 400 |
| 16 | | Reston, VA 20190 |
| 17 | | Tel.:  703-248-2100 |
| | | Fax: 703-218-2160 |
| 18 | | |
| | | TOUSLEY BRAIN STEPHENS PLLC |
| 19 | | */s/Chase C. Alvord* |
| 20 | | Chase Alvord (WSBA No. 26080) |
| | | Email:  calvord@tousley.com |
| 21 | | 1700 Seventh Avenue, Ste. 2200 |
| | | Seattle, WA 98101 |
| 22 | | Tel:  206-682-5600 |
| | | Fax:  206-682-2992 |
| 23 | | |
| 24 | | *Attorneys for Defendants* |
| 25 | | |
| 26 | | |
| 27 | | |

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE
(NO. C12-1853 RSM) - 2
5517/001/279029.1

**ORDER**

The Court having been notified of the settlement of this case, it appearing that no issue remains for the Court's determination, and based on the parties' stipulation,

IT IS ORDERED that this action and all claims asserted herein are DISMISSED WITH PREJUDICE and without costs or fees to any party.

Dated this 13th day of February 2014.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE
(NO. C12-1853 RSM) - 3
5517/001/279029.1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992